**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

ERNIE FULFORD,
  Petitioner,

vs.            Case No. 3:08cv356/MCR/EMT

WARDEN SCOTT FISHER,
  Respondent.
_____/

## O R D E R

  This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 19, 2008 (Doc. 5). Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

  Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

  Accordingly, it is now **ORDERED** as follows:

  1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

  2. The amended petition for writ of habeas corpus under § 2241 (Doc. 4) is **DISMISSED WITHOUT PREJUDICE** to afford Petitioner an opportunity to exhaust his administrative remedies in accordance with BOP procedures.

  **DONE AND ORDERED** this 14th day of October, 2008.

            *s/ M. Casey Rodgers*
            **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**